

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 02 2015

TYLER TEXAS
PAM ESTES, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/30/2015**                                                        **COA No. 12-14-00073-CR**
**PIERCE, JOSEPH MICHAEL   Tr. Ct. No. 114-0648-13**          **PD-0651-15**
The Appellant's motion for extension of time to file the appellant's motion for rehearing is granted. The said time to file the motion for rehearing has been extended to Friday, November 13, 2015.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *